# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SOPHIA HELENA IN 'T VELD**,<br><br>    Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY et al.**,<br><br>    Defendants. | No. 08-cv-01151-RMC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Marcia Hofmann as co-counsel for the plaintiff in the above-captioned action.

Respectfully submitted,

*/s/ Marcia Hofmann*
MARCIA HOFMANN
D.C. Bar No. 484136
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333

Counsel for Plaintiff