UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOPHIA HELENA IN'T VELD,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-1151 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

  Defendants[1] respectfully request that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for Defendants in the above-captioned case.

              Respectfully submitted,

               _____/s/_____
               JUDITH A. KIDWELL
               Assistant United States Attorney
               555 4th Street, N.W., Room E4905
               Washington, D.C. 20530
               (202) 514-7250

---

[1] According to the complaint, Defendants are the United States Department of Homeland Security, United States Department of Justice and the United States Department of State.