UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOPHIA HELENA IN'T VELD,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-1151 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

  Defendants[1], by and through their undersigned counsel, hereby respectfully request an enlargement of time, until and including September 11, 2008, within which to file answers or other responses to Plaintiff's complaint. Defendants' answers or other responses are presently due on August 11, 2008. Plaintiff's counsel has consented to this motion.

  There is good cause for this motion. This is an action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, against three Federal agencies. Undersigned counsel was served with Plaintiff's complaint on July 10, 2008, and has learned that Defendant DHS has recently completed the processing of Plaintiff's FOIA request and released records to Plaintiff. In addition, the State Department has advised undersigned counsel that its search for records includes a search for records in Belgium, which will take additional time to process. Undersigned counsel has not yet received information from representatives of Defendant DOJ regarding the allegations in the complaint. Therefore, additional time is needed to obtain

---

[1] According to the complaint, Defendants are the United States Department of Homeland Security ("DHS"), United States Department of Justice ("DOJ") and the United States Department of State ("State Department").

information regarding the release of records by DHS, the State Department's searches, and the allegations in the complaint regarding DOJ, and prepare Defendants' responses to Plaintiff's complaint. Because all of these tasks are unlikely to be completed by the current due date even with the exercise of all diligence, Defendants' counsel is making this extension request at this time.

For the foregoing reasons, Defendants respectfully request that this consent motion for an enlargement of time be granted. A proposed order is included with this consent motion.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/
        JUDITH A. KIDWELL
        Assistant United States Attorney
        555 Fourth Street, N.W.- Civil Division
        Room E4905
        Washington, D.C. 20530
        (202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOPHIA HELENA IN'T VELD,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-1151 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

UPON CONSIDERATION OF Defendants' Consent Motion for An Enlargement of Time to file answers or other responses to the complaint herein and the entire record herein, it is this _____ day of July, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including September 11, 2008, to file answers or other responses to Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE